**Order entered July 7, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00943-CR
### No. 05-14-00944-CR

**CHARLES EVERAGE DOYAL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-80146-2014, 199-80147-2014**

## ORDER

Appellant filed a single brief for these two appeals. The appeal in cause no. 05-14-00944-CR is from a conviction of aggravated sexual assault. Appellant's brief identifies the complaining witness by her full name. Accordingly, we **STRIKE** the appellant's brief filed on July 1, 2015. We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies the complaining witness in the aggravated sexual assault case by initials only.

We **DENY** as moot appellant's July 1, 2015 motion to extend time to file his brief.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/ ADA BROWN
JUSTICE